AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
02/02/2026
Clerk, U.S. District Court
Western District of Texas

By: *FMorales*
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:26-M -00563(1) - MAT |
| | § |
| (1) OSCAR RAMIRO LOPEZ-CABRERA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 31, 2026** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326(a)(1) Re-Entry of Removed Aliens.
in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *"In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ ESPARZA, ERIC
Signature of Complainant
Border Patrol Agent

February 02, 2026        at   EL PASO, Texas
Date                           City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:26-M -00563(1)

WESTERN DISTRICT OF TEXAS

(1) OSCAR RAMIRO LOPEZ-CABRERA

FACTS   (CONTINUED)

557.

The DEFENDANT, Oscar Ramiro LOPEZ-Cabrera, an alien to the United States and a citizen of Guatemala was found approximately 1.20 miles east of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on January 22, 2025 through Alexandria, Louisiana  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to GUATEMALA on January 22, 2025, through ALEXANDRIA, LA


CRIMINAL HISTORY:
01/25/2021, NASSAU COUNTY, NY, DRIVING WHILE INTOXICATED/AGGRAVATED(M), CNV, 15 DAYS JAIL, 100 COMMUNITY HOURS, FINE $1000.00 USD.
09/27/2023, NASSAU COUNTY, NY, DRIVING WHILE INTOXICATED/AGGRAVATED(F), CNV, 3 YEARS INCARCERATION.